

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00342-CV

**VILLA DIJON CONDOMINIUM ASSOCIATION, INC.**
and Implicity Management Company,
Appellants

v.

Mary **WINTERS** and Mila Cheatom,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03926
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

This court granted Appellant's first motion for extension of time to file the brief, and Appellant's brief was due to be filed on November 10, 2015. On November 12, 2015, Appellant filed (1) an unopposed second motion for an extension of time to file the brief, and (2) Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief is deemed timely filed. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court